opinion filed April 12, 1948; rehearing denied April 23, 1948; released for publication April 23, 1948. Charles Leviton and Jerome H. Leviton, for appellants; Edward W. Parlee, Edgar A. Jonas and Frederick C. Jonas, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.

Mary Marino, Administratrix of Estate of Richard Marino, Deceased, Appellee, v. Otto Nacovosky and A. J. Orlando, Appellants.

Gen. No. 44,250.

opinion filed April 12, 1948; released for publication April 23, 1948. Clausen, Hirsh & Miller, for appellants; James A. Dooley, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.